PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Arande Major**　　　　　　　　　　　　　　　　Docket No.**11-6647**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Barbara Hutchinson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Arande Major**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz** sitting in the Court at Newark, New Jersey, on August 2, 2011, on a $100,000 Unsecured Appearance Bond co-signed by his mother, Rosyln Major, along with the additional conditions of release:

1. Pretrial Services supervision;
2. The defendant's mother, Rosyln Major, and his girlfriend, Kadejah McCuthen shall serve as third party custodians;
3. The defendant shall reside with his third party custodians;
4. The defendant shall be placed on 24 hour house arrest with electronic monitoring except for medical necessities and court appearances, unless otherwise specifically approved by the court;
5. The defendant shall submit to drug testing and treatment as deemed appropriate by Pretrial Services;
6. Surrender all passports and travel documents to Pretrial Services. Do not apply for any new documents;
7. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services;
8. Surrender/do not possess any firearms or other dangerous weapons.

On December 16, 2011, the defendant appeared before Your Honor for an Arraignment and a Bail Review Hearing. At that time, the defendant's bail was continued as previously set by Judge Shwartz on August 2, 2011.

Respectfully presenting petition for action of Court and for cause as follows:
**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A Bail Review Hearing** ~~to be Scheduled~~ *is scheduled for* 3/5/12 @ 3:00 p.m.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2012 and ordered filed and made a part of the records in the above case.

_____
Honorable Katharine S. Hayden
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-14-12

_____
Barbara Hutchinson
United States Pretrial Services Officer